| **Return** | | |
|---|---|---|
| Case No.:<br>3:18mj 707 | Date and time warrant executed:<br>10/24/2018  5:20pm | Copy of warrant and inventory left with:<br>Khalid Almadaoji |
| Inventory made in the presence of :<br>Khalid Almadaoji | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached spreadsheet | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 10/30/18<br><br>_Executing officer's signature_<br>Patrick Gragan, Special Agent<br>_Printed name and title_ |

WESTERN DIV. DAYTON
SOUTHERN DIST. OHIO
U.S. DISTRICT COURT
2018 OCT 30 PM 2:45
CLERK OF COURT
RICHARD W. NAGEL
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 3:18 mj 707 |
| A residence located at: 1555 North Fairfield Road Beavercreek, Ohio 45432 | ) ) ) | MICHAEL J. NEWMAN |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____

*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____November 7, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Michael J. Newman_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:      10/24/18  3:50 pm

City and state:      Dayton, Ohio

_____
*Judge's signature*

Hon. Michael J. Newman, U.S. Magistrate Judge
*Printed name and title*

| Item # | Description | Room | Specific Location | Collected by |
|---|---|---|---|---|
| 1 | Two airline tickets in the name of Naser Saud Almadaoji | N | On bookshelf | Herwig |
| 2 | Three credit cards in the name of Naser Saud Almadaoji:<br>1) Visa #4867-9600-4502-0707<br>2) Mastercard #5424-3270-7310-2679<br>3) Visa #4867-9600-4467-4855 | N | On bookshelf | Herwig |
| 3 | Nokia mobile phone, Model 2330L-2, IMEI 354323/04/563263/3 | N | On bookshelf | Herwig |
| 4 | HP laptop, serial number 5CD8244C77 | N | Floor by bed | Henderson |
| 5 | Lenovo laptop Ideapad containing 1 TB Seagate HDD, Model 5DC001, serial number WES1MTES | N | Floor by bed | Henderson |
| 6 | Green backpack containing:<br>1) Luggage tag<br>2) Samsung power adapter<br>3) SIM card<br>4) Foreign coins | N | In closet on floor | Herwig |
| 7 | Sony PS4, Model CUYH/1115A, serial number MB325342632 | N | Chair by end of bed | Henderson |
| 8 | iView tablet, Model i708Q, serial number 150-i708Q-QY01030 | N | Floor by head of bed | Herwig |
| 9 | Lenovo all-in-one computer, Model Lenovo Tiny, serial number SMJ57M6F | N | On desk | Herwig |